UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HASSAN BROWN                         :
                                     :           PRISONER CASE
     v.                              :           NO. 3:12CV440 (MRK)
                                     :
HUFFMAN, et al.                      :

## ORDER OF DISMISSAL

On March 29, 2012, the Court issued a Notice of Insufficiency advising the plaintiff of a deficiency in his application to proceed *in forma pauperis* that must be corrected within twenty days or the case would be dismissed. To date, the plaintiff has failed to comply with the Court's order to submit a completed application to proceed *in forma pauperis* accompanied by a ledger sheet showing at least the last six months of transactions in his prisoner account.

In the absence of a response from plaintiff, this case is dismissed without prejudice. Any motion to reopen shall be accompanied by a new application to proceed *in forma pauperis*, including the required ledger sheet, certified prison account statement and prisoner authorization form, and show cause why plaintiff failed to comply with the Court's order. **The Clerk is directed to close this case**.

SO ORDERED at New Haven, Connecticut, this 23rd day of May 2012.

                                     /s/  Mark R. Kravitz
                                     United States District Judge